IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MONICA B. WILLIAMS, an individual, | |
| Plaintiff, | Case No. 6:18-cv-00887-MK |
| v. | ORDER |
| RAY KLEIN, INC., a foreign Business corporation, dba Professional Credit and Professional Credit Services, and JUANITA YOUNG-CHAPA, an individual | |
| Defendants. | |

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 77), and the matter is now before this Court on Defendants' Objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 77) is adopted in full. Defendant Young-Chapa's motion is GRANTED in part on the issue relating to Plaintiff's gross-earned income goal and the Professional Credit Service commission policies but is otherwise DENIED. Defendants' motion to causation on Plaintiff's First, Second, and Third claims for relief

1 –ORDER

are DENIED. Defendants' motion as to the alleged failure to accommodate on counts three and four of Plaintiff's Second Claim for relief should be GRANTED. The parties are further ORDERED to confer and provide a joint status report within 30 days of this order.

IT IS SO ORDERED.

DATED this 19th day of March, 2021.

                                                        s/Michael J. McShane
                                                         MICHAEL McSHANE
                                             UNITED STATES DISTRICT JUDGE